# Exhibit A1





Profile:
Courtney Love
(1)

6 Sep 2011
UNS: (FILE) A
Look Back At
Views From
The Courtroom
(2)

15 May 2011
USA: IMF
Director
Dominique
Strauss-Kahn
Arrested On
Sexual Assault
Charges (2)

02 Mar 2010
**Editorial**
#146691523

This courtroom

Rv: CHIDLEY
ACD

02 Mar 2010
**Editorial**
#97377447

This courtroom

Rv: CHIDLEY
ACD

02 Mar 2010
**Editorial**
#97377423

This courtroom

Rv: CHIDLEY
ACD

01 Dec 2009
Editorial
#   91624

This courtroom

Rv: CHIDLEY
ACD

3





5





29 Sep 2009
**Editorial**
#146691660
This courtroom
Dv. AFD
AFD

29 Sep 2009
**Editorial**
#146689775
(FILES)This
Dv. AFD
AFD

29 Sep 2009
**Editorial**
#91241660
This courtroom
Dv. SHIRLEY
AFD

19 Jul 2009
Editorial
#95723093
FOADAC's Celeb
Rv. Rebecca Sapp
WireImage
**People:** Melissa



| 06 Jun 2005 | 22 Apr 2005 | 22 Nov 2004 | 22 Nov 2004 |
| torial | **Editorial** | **Editorial** | **Editorial** |
| 028323 | #52684912 | #51789429 | #51775822 |
| sell Crowe | Zacarias | Sheryl Crow | Sheryl Crow |
| Getty Images | By: Mark Wilson | By: Getty Images | By: Getty Images |







23 Feb 2004

**Editorial**
#3014486

Martha's Defense
By: Getty Images
Getty Images

23 Feb 2004

**Editorial**
#3014485

Martha's Defense
By: Getty Images
Getty Images

16 Feb 2000

**Editorial**
#51960474

Former Bank of
By: ANDREA
AFP
**People:** Samuel

15 Jul 1997

**Editorial**
#146691665

This 15 July artists'
By: SHIRLEY
AFP



Sort by: **Newest**  Oldest  Editor's choice

Iconic

ages

**People**
**Specific**
**eople**
Courtney Love
2)
Sheryl Crow
2)
Russell Crowe
1)
Shirley Jones
1)
Shepard
Fairey (1)
**See all...**

**Events**

|  | 25 Jan 2011 | 25 Jan 2011 | 25 Jan 2011 | 17 Nov 2010 |
| --- | --- | --- | --- | --- |
|  | **Editorial** | **Editorial** | **Editorial** | **Editorial** |
|  | #146689645 | #108321976 | #108321970 | #146689686 |
|  | This January 25, | This January 25, | This January 25, | This courtroom |
|  | Ruc SHIRLEY | Ruc SHIRLEY | Ruc SHIRLEY | Ruc AED |
|  | AED | AED | AED | AED |



*3*



4



**All locations**
USA (157)
New York City (63)
Washington DC (4)
Times Square - Manhattan (4)
New York State (3)
**See all...**

17 Nov 2010
**Editorial**
#106938132

This courtroom
Ru: SHIRLEY
ΔFR

18 Oct 2010
**Editorial**
#146689694

This October 18,
Ru: SHIRLEY
ΔFR

18 Oct 2010
**Editorial**
#105668603

This October 18
Ru: SHIRLEY
ΔFR

18 Oct 2010
**Editorial**
#105668104

This October 18,
Ru: SHIRLEY
ΔFR

5



18 Oct 2010

**Editorial**
#105668085

This October 18,

06 Oct 2010

**Editorial**
#146689738

This October 06,

06 Oct 2010

**Editorial**
#146689733

This October 12,

06 Oct 2010

**Editorial**
#146689731

This October 12,







*9*





